IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SEPRACOR INC., UCB S.A., and UCB, INC., | Western Division |
| Plaintiffs, | Civil Action No. 5:08-cv-00362-H |
| v. | |
| BARR PHARMACEUTICALS, INC., *et al.*, | |
| Defendants. | |
| SEPRACOR INC., UCB S.A., and UCB, INC., | Western Division |
| Plaintiffs, | Civil Action No. 5:08-cv-00179-H |
| v. | |
| SYNTHON PHARMACEUTICALS, INC., *et al.*, | |
| Defendants. | |
| SEPRACOR INC., UCB S.A., and UCB, INC., | Eastern Division |
| Plaintiffs, | Civil Action No. 4:08-cv-00089-H |
| v. | |
| SANDOZ, INC., | |
| Defendant. | |
| SEPRACOR INC., UCB S.A., and UCB, INC., | Western Division |
| Plaintiffs, | Civil Action No. 5:08-cv-00247-H |
| v. | |
| SUN PHARMACEUTICAL INDUSTRIES, LTD., | |
| Defendant. | |

**MOTION TO EXTEND SANDOZ'S THIRTY-MONTH STAY OF FDA APPROVAL
FOR FAILURE *INTER ALIA* TO COMPLY WITH DISCOVERY**

NOW COME Sepracor Inc., UCB S.A., and UCB, Inc. (collectively "Plaintiffs"), by and through counsel, and, pursuant to 21 U.S.C. § 355(j)(5)(B)(iii), respectfully move this Court to extend the thirty-month stay of FDA approval of Sandoz's ANDA based upon Sandoz's failure to "reasonably cooperate in expediting the action." Sandoz has consistently failed to provide discovery or otherwise cooperate in the discovery process, including failing to abide by a discovery stipulation between Plaintiffs and Sandoz and this Court's August 9, 2010, Order (Dkt. No. 227). Plaintiffs have met and conferred with Sandoz pursuant to Local Rule 7.1(c) but were unsuccessful in obtaining consent to the relief sought in this motion.

WHEREFORE, Plaintiffs respectfully request that the Court extend the thirty-month stay of FDA approval of Sandoz's ANDA for an amount of time equal to the number of days between Sandoz's submission of its section viii amendment to the FDA (February 5, 2010) until such time as Sandoz has fully provided Plaintiffs with all discovery regarding its amendment, in accordance with this Court's August 9, 2010, Order (Dkt. No. 227).

Respectfully submitted on this the 13th day of October, 2010.

/s/ Jeffrey I.D. Lewis
Gregory L. Diskant
Jeffrey I.D. Lewis
Melissa Mandrgoc
Todd Keithley
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
E-mail: mcolitigation@pbwt.com

/s/ W. Andrew Copenhaver
W. Andrew Copenhaver (State Bar No. 944)
W. Ellis Boyle (State Bar No. 33826)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
E-mail: acopenhaver@wcsr.com
E-mail: eboyle@wcsr.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert J. Morris - jmorris@smithlaw.com, dshores@rfem.com, efigg@rfem.com, jwilliams@smithlaw.com, nhage@rfem.com, sdavis@rfem.com, mark.ash22@gmail.com

F. Hill Allen, IV - hallen@tharringtonsmith.com, maddy@brinkshofer.com

Jeffrey I.D. Lewis - jidlewis@pbwt.com, mcolitigation@pbwt.com, mmandrgoc@pbwt.com

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

/s/ W. Ellis Boyle
W. Ellis Boyle (State Bar # 33826)
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
E-mail: eboyle@wcsr.com

*Attorney for Plaintiffs*