| | |
|---|---|
| SEPRACOR, INC., et al., )<br>          Plaintiffs, )<br>)<br>vs. )<br>)<br>BARR PHARMACEUTICALS, INC., et al. )<br>          Defendants. ) | Western Division<br>No. 5:08-CV-362-H(3) |
| SEPRACOR, INC., et al., )<br>          Plaintiffs, )<br>)<br>vs. )<br>)<br>SANDOZ INC., )<br>          Defendant. ) | Eastern Division<br>No. 4:08-CV-89-H(3) |
| SEPRACOR, INC., et al., )<br>          Plaintiffs, )<br>)<br>vs. )<br>)<br>SUN PHARMACEUTICALS INDUSTRIES, )<br>  LTD. )<br>          Defendant. ) | Western Division<br>No. 5:08-CV-247-H(3) |
| SEPRACOR, INC., et al., )<br>          Plaintiffs, )<br>)<br>vs. )<br>)<br>SYNTHON PHARMACEUTICALS, INC., et al. )<br>          Defendants. ) | Western Division<br>No. 5:08-CV-179-H(3) |

### SANDOZ'S JOINDER IN
### SYNTHON'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE
### MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATIONS
### ON CLAIM CONSTRUCTION

On October 13, 2010 Defendants Synthon Pharmaceuticals, Inc., Synthon

B.V., Synthon Holding, B.V., and Synthon Laboratories, Inc. (collectively

"Synthon") filed its Response to Plaintiffs' Objections to the Magistrate Judge's Memorandum and Recommendations on Claim Construction. Defendant Sandoz Inc. ("Sandoz") hereby joins in Synthon's Response. As grounds for this Joinder and Response, Sandoz relies upon and adopts the reasons and authorities set forth in Synthon's Response.

Respectfully submitted, this the 14th day of October, 2010.

/s/ F. Hill Allen
F. Hill Allen
Tharrington Smith, L.L.P.
209 Fayetteville Street Mall
Post Office Box 1151
Raleigh, North Carolina 27602
Telephone: 919-821-4711
Facsimile: 919-829-1583
Email: hallen@tharringtonsmith.com
State Bar No. 18884


Meredith Martin Addy
Mark H. Remus
Robert G. Pluta
Luke A. Parsons
Brinks Hofer Gilson & Lione
NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: 312-321-4200
Facsimile: 312-321-4299

*Attorneys for Defendant Sandoz, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SEPRACOR, INC., et al., <br>     Plaintiffs, <br> vs. <br> BARR PHARMACEUTICALS, INC., et al. <br>     Defendants. | ) ) ) ) ) ) ) ) | Western Division <br> No. 5:08-CV-362-H(3) |
| SEPRACOR, INC., et al., <br>     Plaintiffs, <br> vs. <br> SANDOZ INC., <br>     Defendant. | ) ) ) ) ) ) ) ) | Eastern Division <br> No. 4:08-CV-89-H(3) |
| SEPRACOR, INC., et al., <br>     Plaintiffs, <br> vs. <br> SUN PHARMACEUTICALS INDUSTRIES, LTD. <br>     Defendant. | ) ) ) ) ) ) ) ) ) | Western Division <br> No. 5:08-CV-247-H(3) |
| SEPRACOR, INC., et al., <br>     Plaintiffs, <br> vs. <br> SYNTHON PHARMACEUTICALS, INC., et al. <br>     Defendants. | ) ) ) ) ) ) ) ) ) | Western Division <br> No. 5:08-CV-179-H(3) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2010, I electronically filed the foregoing **SANDOZ'S JOINDER IN SYNTHON'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATIONS ON CLAIM CONSTRUCTION** with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ F. Hill Allen
F. Hill Allen
Tharrington Smith, L.L.P.
209 Fayetteville Street Mall
Post Office Box 1151
Raleigh, North Carolina 27602
Telephone: 919-821-4711
Facsimile: 919-829-1583
Email: hallen@tharringtonsmith.com
State Bar No. 18884
